IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-02425-BNB

LISA L. GALLEGOS,

Plaintiff,

v.

VEOLIA TRANSPORTATION SERVICES "TRANSDEV,"

Defendant.

---

## ORDER

---

The plaintiff commenced this action, pro se, alleging the breach of a Settlement and Confidentiality Agreement, General Release and Covenant Not to Sue.  I will liberally construe the plaintiff's filings because she is not represented by an attorney.  See Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

In both the original Complaint [Doc. # 1] and the Amended Complaint [Doc. # 4], the plaintiff made the following request: "I ask the Honorable Court to suppress the Settlement Contract, at this time or  I will be in violation of the contract since this complaint is public record." Complaint, [Doc. # 1] at p. 3.  The Second Amended Complaint [Doc. # 7] does not contain a similar request, however, and an unsigned copy of a document captioned Settlement and Confidentiality Agreement, General Release and Covenant Not to Sue was filed by the plaintiff, unrestricted, on September 10, 2014 [Doc. # 7].

I construe the plaintiff's repeated requests to "suppress the Settlement Contract" as a motion to restrict access under D.C.COLO.LCivR 7.2.  Although no similar request is contained

in the Second Amended Complaint, it is apparent under a liberal construction of all of the plaintiff's filings that she intended for the Settlement and Confidentiality Agreement, General Release and Covenant Not to Sue to be subject to restricted access.  The plaintiff has adequately identified the interest to be protected by restricting access and a clearly defined and serious injury that would result if access is not restricted.

IT IS ORDERED:

(1)     The plaintiff's requests to restrict access is GRANTED; and

(2)     The Settlement and Confidentiality Agreement, General Release and Covenant Not to Sue [Doc. # 7] shall be RESTRICTED, Level 1.

Dated September 23, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2